## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

THE BANK OF NEW YORK MELLON
F/K/A THE BANK OF NEW YORK, AS
TRUSTEE FOR THE
CERTIFICATEHOLDERS OF THE
CWABS, INC., ASSET-BACKED
CERTIFICATES SERIES 2004-12,

           Respondent

        v.

JEFFREY L. GOSS,

           Petitioner

:  No. 2 MAL 2018
:
:
:  Petition for Allowance of Appeal from
:  the Order of the Superior Court
:
:
:
:
:
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 13th day of June, 2018, the Petition for Allowance of Appeal is **DENIED**.